UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD APPEL, | Case No. 2:21-mc-00171-WBS-JDP |
| Plaintiff, | ORDER DIRECTING TRANSFER |
| v. | |
| ROBERT S. WOLF, | |
| Defendant. | |

Howard Appel brought a defamation action against Robert Wolf in the Southern District of California. Here, Appel moves to quash a subpoena issued to Millennium Health LLC—a non-party located in San Diego—that requires compliance in Sacramento. Millennium Health has not filed any objection to the subpoena in this court. The subpoena on its face does not appear to comply with the Rule 45 location requirement. Fed. R. Civ. P. 45(c). Further, since Millennium Health has not asserted rights in this court, the only issue at stake in this motion is the proper scope of discovery in the Southern District of California. Thus, there are also exceptional circumstances to justify the transfer of this motion. Fed. R. Civ. P. 45(f).

Accordingly, the Clerk of Court is directed to transfer this matter to the Southern District of California.

IT IS SO ORDERED.

Dated:     September 1, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE